TRINETTE G. KENT (State Bar No. 222020)
KENT LAW OFFICES
3219 E. Camelback Rd #588
Phoenix, AZ 85018
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorneys for Plaintiff,*
*Edna Perez-Ramirez*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Edna Perez-Ramirez, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Trans Union, LLC, a Delaware limited liability company, Equifax Information Services, LLC, a Georgia limited liability company, and Kia Motors America, Inc, dba Kia Motors Finance, a California corporation, | **JURY TRIAL DEMAND** |
| Defendants. | |

NOW COMES THE PLAINTIFF, EDNA PEREZ-RAMIREZ, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for her Complaint against the Defendants, pleads as follows:

## JURISDICTION

1. Jurisdiction of this court arises under 15 U.S.C. §1681p.

2. This is an action brought by a consumer for violation of the Fair Credit Reporting Act (15 U.S.C. §1681, *et seq.* [hereinafter "FCRA"]).

## VENUE

3. Venue is proper in the Central District of California, Western Division as the Defendants conducts business in Los Angeles County, California.

## PARTIES

4. Plaintiff is a natural person residing in Valencia, Los Angeles County, California.

5. The Defendants to this lawsuit are:

   a. Trans Union, LLC ("Trans Union") is a Delaware limited liability company that conduct business in the state of California;

   b. Equifax Information Services, LLC ("Equifax") is a Georgia limited liability company that conducts business in the state of California; and

   c. Kia Motors America, Inc. dba Kia Motors Finance ("Kia") is a California corporation that conducts business in the state of California.

## GENERAL ALLEGATIONS

6. Kia is inaccurately reporting its trade line ("Errant Trade Line") on Plaintiff's Equifax and Trans Union credit files without indicating that the subject account was discharged in bankruptcy.

7. Prior to February 24, 2014, Mrs. Perez-Ramirez filed for Chapter 7 bankruptcy.

8. On February 24, 2014, Mrs. Perez-Ramirez's received a discharge from the bankruptcy court.

9. On October 18, 2017, Mrs. Perez-Ramirez obtained her credit files and noticed the Errant Trade Line inaccurately reporting without indicating that the subject account was discharged in bankruptcy.

10. On or about November 13, 2017, Mrs. Perez-Ramirez submitted letters to Trans Union and Equifax disputing the Errant Trade Line.

11. In these dispute letters, Mrs. Perez-Ramirez explained that the Errant Trade Line was discharged in her bankruptcy, attached the Order of Discharge and asked the credit bureaus to report the Errant Trade Line as discharged in bankruptcy.

12. Upon information and belief, Trans Union and Equifax forwarded Mrs. Perez-Ramirez's consumer dispute to Kia.

13. On or about November 29, 2017, Mrs. Perez-Ramirez received Equifax's investigation results, which showed that the Errant Trade Line is reporting without indicating that the subject account was discharged in bankruptcy.

14. On or about November 30, 2017, Mrs. Perez-Ramierz received Trans Union's investigation results, which showed that the Errant Trade Line is reporting without indicating that the subject account was discharged in bankruptcy.

15. As a direct and proximate cause of the Defendants' negligent and/or willful failure to comply with the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, Plaintiff has suffered credit and emotional damages. Due to the Defendants' failure to correct the errors in her credit file, Plaintiff has been forced to refrain from applying for new credit or more favorable terms on existing credit lines. Plaintiff has also experienced undue stress and anxiety due to Defendants' failure to correct the errors in her credit file or improve her financial situation by obtaining new or more favorable credit terms as a result of the Defendants' violations of the FCRA.

## COUNT I

## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY KIA

16. Plaintiff realleges the above paragraphs as if recited verbatim.

17. After being informed by Trans Union and Equifax of Mrs. Perez-Ramirez's consumer dispute of the inaccurate status on the Errant Trade Line, Kia negligently failed to conduct a proper investigation of Mrs. Perez-Ramirez's dispute as required by 15 USC 1681s-2(b).

18. Kia negligently failed to review all relevant information available to it and provided by Trans Union and Equifax in conducting its reinvestigation as required by 15 USC 1681s-2(b), and failed to direct Trans Union and Equifax to correct the inaccurate status on the Errant Trade Line.

19. The Errant Trade Line is inaccurate and creating a misleading impression on Mrs. Perez-Ramirez's consumer credit file with Trans Union and Equifax to which it is reporting such trade line.

20. As a direct and proximate cause of Kia's negligent failure to perform its duties under the FCRA, Mrs. Perez-Ramirez has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

21. Kia is liable to Mrs. Perez-Ramirez by reason of its violations of the FCRA in an amount to be determined by the trier fact together with reasonable attorneys' fees pursuant to 15 USC 1681o.

22. Mrs. Perez-Ramirez has a private right of action to assert claims against Kia arising under 15 USC 1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against the Defendant Kia for damages, costs, interest, and attorneys' fees.

## COUNT II

**WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY KIA**

23. Plaintiff realleges the above paragraphs as if recited verbatim.

5

24. After being informed by Trans Union and Equifax that Mrs. Perez-Ramirez disputed the accuracy of the information it was providing, Kia willfully failed to conduct a proper reinvestigation of Mrs. Perez-Ramirez's dispute, and willfully failed to direct Trans Union and Equifax to correct the inaccurate status on the Errant Trade Line.

25. Kia willfully failed to review all relevant information available to it and provided by Trans Union and Equifax as required by 15 USC 1681s-2(b).

26. As a direct and proximate cause of Kia's willful failure to perform its duties under the FCRA, Mrs. Perez-Ramirez has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

27. Kia is liable to Mrs. Perez-Ramirez for either statutory damages or actual damages she has sustained by reason of its violations of the FCRA in an amount to be determined by the trier fact, together with an award of punitive damages in the amount to be determined by the trier of fact, as well as for reasonable attorneys' fees and she may recover therefore pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against the Defendant Kia for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

24. After being informed by Trans Union and Equifax that Mrs. Perez-Ramirez disputed the accuracy of the information it was providing, Kia willfully failed to conduct a proper reinvestigation of Mrs. Perez-Ramirez's dispute, and willfully failed to direct Trans Union and Equifax to correct the inaccurate status on the Errant Trade Line.

25. Kia willfully failed to review all relevant information available to it and provided by Trans Union and Equifax as required by 15 USC 1681s-2(b).

26. As a direct and proximate cause of Kia's willful failure to perform its duties under the FCRA, Mrs. Perez-Ramirez has suffered damages, mental anguish, suffering, humiliation, and embarrassment.

27. Kia is liable to Mrs. Perez-Ramirez for either statutory damages or actual damages she has sustained by reason of its violations of the FCRA in an amount to be determined by the trier fact, together with an award of punitive damages in the amount to be determined by the trier of fact, as well as for reasonable attorneys' fees and she may recover therefore pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against the Defendant Kia for the greater of statutory or actual damages, plus punitive damages, along with costs, interest, and attorneys' fees.

## COUNT III

## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

28. Plaintiff realleges the above paragraphs as if recited verbatim.

29. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Mrs. Perez-Ramirez as that term is defined in 15 USC 1681a.

30. Such reports contained information about Mrs. Perez-Ramirez that was false, misleading, and inaccurate.

31. Trans Union negligently failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Mrs. Perez-Ramirez, in violation of 15 USC 1681e(b).

32. After receiving Mrs. Perez-Ramirez's consumer dispute to the Errant Trade Line, Trans Union negligently failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

33. As a direct and proximate cause of Trans Union's negligent failure to perform its duties under the FCRA, Mrs. Perez-Ramirez has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

34. Trans Union is liable to Mrs. Perez-Ramirez by reason of its violation of the FCRA in an amount to be determined by the trier fact together with her reasonable attorneys' fees pursuant to 15 USC 1681o.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Trans Union for actual damages, costs, interest, and attorneys' fees.

## COUNT IV

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

35. Plaintiff realleges the above paragraphs as if recited verbatim.

36. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Mrs. Perez-Ramirez as that term is defined in 15 USC 1681a.

37. Such reports contained information about Mrs. Perez-Ramirez that was false, misleading, and inaccurate.

38. Trans Union willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to one or more third parties pertaining to Mrs. Perez-Ramirez, in violation of 15 USC 1681e(b).

39. After receiving Mrs. Perez-Ramirez's consumer dispute to the Errant Trade Line, Trans Union willfully failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

8

40. As a direct and proximate cause of Trans Union's willful failure to perform its duties under the FCRA, Mrs. Perez-Ramirez has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

41. Trans Union is liable to Mrs. Perez-Ramirez by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with her reasonable attorneys' fees pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Defendant Trans Union for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and reasonable attorneys' fees.

## COUNT V

### NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY EQUIFAX

42. Plaintiff realleges the above paragraphs as if recited verbatim.

43. Defendant Equifax prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Mrs. Perez-Ramirez as that term is defined in 15 USC 1681a.

44. Such reports contained information about Mrs. Perez-Ramirez that was false, misleading, and inaccurate.

45. Equifax negligently failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Mrs. Perez-Ramirez, in violation of 15 USC 1681e(b).

46. After receiving Mrs. Perez-Ramirez's consumer dispute to the Errant Trade Line, Equifax negligently failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

47. As a direct and proximate cause of Equifax's negligent failure to perform its duties under the FCRA, Mrs. Perez-Ramirez has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

48. Equifax is liable to Mrs. Perez-Ramirez by reason of its violation of the FCRA in an amount to be determined by the trier fact together with her reasonable attorneys' fees pursuant to 15 USC 1681o.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Equifax for actual damages, costs, interest, and attorneys' fees.

## COUNT VI

**WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY EQUIFAX**

49. Plaintiff realleges the above paragraphs as if recited verbatim.

50. Defendant Equifax prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding Mrs. Perez-Ramirez as that term is defined in 15 USC 1681a.

51. Such reports contained information about Mrs. Perez-Ramirez that was false, misleading, and inaccurate.

52. Equifax willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to one or more third parties pertaining to Mrs. Perez-Ramirez, in violation of 15 USC 1681e(b).

53. After receiving Mrs. Perez-Ramirez's consumer dispute to the Errant Trade Line, Equifax willfully failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

54. As a direct and proximate cause of Equifax's willful failure to perform its duties under the FCRA, Mrs. Perez-Ramirez has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

55. Equifax is liable to Mrs. Perez-Ramirez by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with her reasonable attorneys' fees pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grants her a judgment against Defendant Equifax for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and reasonable attorneys' fees.

### JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED: January 2, 2018

11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KENT LAW OFFICES

By: ___*/s/   Trinette G. Kent*___
  Trinette G. Kent
  Attorneys for Plaintiff,
  Edna Perez-Ramirez

Case 2:18-cv-00013-PA-AGR Document 1 Filed 01/02/18 Page 13 of 13 Page ID #:13