# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edna Perez-Ramirez,<br><br>    Plaintiff,<br><br>vs.<br><br>Trans Union, LLC, et al.,<br><br>    Defendants. | Case No.: 2:18-cv-00013-PA-AGR<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT HYUNDAI CAPITAL AMERICA** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Hyundai Capital America is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

Date:  June 05, 2018

_____
Judge of United States District Court